

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00404-CV

IN RE JEROME D. BROWN                                         RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed. Accordingly, relator's petition for writ of mandamus is dismissed.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and GABRIEL, JJ.

DELIVERED: October 8, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).